| | |
|---|---|
| 1 | **DAMON G. SALTZBURG, State Bar No. 162148** |
| 2 | **SALTZBURG, RAY & WEISSMAN, LLP**<br>**12121 Wilshire Boulevard** |
| 3 | **Suite 600**<br>**Los Angeles, California 90025-1166** |
| 4 | **(310) 481-6700 – Fax: (310) 481-6720** |
| 5 | **Attorneys for David L. Ray, Federal Court Receiver** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRADLEY L. RUDERMAN; RUDERMAN CAPITAL MANAGEMENT, LLC; RUDERMAN CAPITAL PARTNERS, LLC; and RUDERMAN CAPITAL PARTNERS A, LLC,<br><br>　　　　Defendants. | Case No. CV 09-2974 VBF (JCx)<br><br>[PROPOSED] ORDER ON REQUEST OF RECEIVER FOR AN ORDER MODIFYING THE RECEIVER'S DUTIES |

In furtherance of the status conference held with the Court on August 16, 2010, David L. Ray, Federal Court Receiver ("Receiver") appointed in this action now over Ruderman Capital Management, LLC ("RCM") and Ruderman Capital Partners A, LLC ("RCP-A"), having filed a request with the Court for an order modifying the Receiver's duties, entitled "Request of Receiver for Order Modifying the Receiver's Duties; Memorandum of Points and Authorities in Support Thereof; Declaration of David L. Ray" (the "Request"), and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

134260.1  5755.000

1.  The Request of Receiver for an Order Modifying the Receiver's Duties (Dkt. 104) is granted.

2.  The appointment of permanent receiver as provided for in Section IV of the Judgment and Order of this Court filed May 7, 2009, Docket No. 29 (the "Appointment Order"), is further modified to provide that:

    A.  The appointment and duties of the Receiver over RCM are limited in scope to matters after RCP-A was initially formed on January 24, 2005; and

    B.  The Receiver is authorized and empowered to seek to retain the services of counsel to investigate and, pursue, if appropriate, all viable claims and avoidance actions of the Receivership Estate , including those as set forth in the Report of Receiver on the Status of Receivership (the "Report"), a copy of which is attached at Exhibit "C" to the Request, with the additional requirement that the Receiver seek and obtain an order of the Court on the terms and conditions for which any counsel is retained to perform such services.

# # #

Dated: 9-2-10

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Court Judge

134260.1  5755.000

2