HENLEY L. SALTZBURG, State Bar No. 33634
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720
Email: hls@srblaw.com

**Successor Federal Court Receiver**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY L. RUDERMAN; RUDERMAN CAPITAL MANAGEMENT, LLC; RUDERMAN CAPITAL PARTNERS, LLC; and RUDERMAN CAPITAL PARTNERS A, LLC,<br><br>    Defendants. | CASE NO. CV 09-2974-ODW (JCx)<br><br>NOTICE OF ISSUANCE OF ORDER GRANTING RECEIVER HENLEY L. SALTZBURG'S MOTION FOR FINAL ACCOUNTING AND APPLICATION FOR COMPENSATION [186] |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on March 18, 2015, the Honorable Otis D. Wright, II, United States District Court Judge for the Central District of California, issued the Order Granting the Motion of Receiver Henley L. Saltzburg ("Receiver") seeking (1) Approval of the Final Account and Report of Receiver; (2) Approval of the Final Fees and Costs of the Former Receiver David L. Ray, the Receiver, the Receiver's General Counsel, Saltzburg, Ray & Weissman, LLP, and the Receiver's Accountants, Crowe Horwath LLP; (3) Discharge of Receiver; and (4)

1  Abandonment or Destruction of Books and Records of the Receivership Estate,
2  bearing Docket No. 189, a copy of which is attached hereto for reference.

4  DATED: March 19, 2015

   _____
   HENLEY L. SALTZBURG
   Federal Court Receiver

168713.1 5755.000

2